UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDY GENE ROBINSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>KAREN KELLEY and PETER VAN KEULEN,<br><br>                    Defendants. | NO.  CV-11-3025-JPH<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR JUDGMENT OF DISMISSAL |

On December 19, 2011, the parties filed a joint motion for a stipulated judgment of dismissal seeking entry of dismissal of plaintiff's claims with prejudice and without an award of attorneys' fees or costs to any party (ECF No. 27). The parties have consented to proceed before a magistrate judge (ECF No. 25).

After reviewing the motion,

**IT IS ORDERED** that the stipulated motion for entry of judgment of dismissal with prejudice, **ECF No. 27**, **is GRANTED.**

**IT IS FURTHER ORDERED that the case is dismissed** with prejudice. There is no award of attorney fees or costs.

The District Court Executive is directed to enter this order, enter judgment as indicated, forward copies to Plaintiff and to counsel for Defendants, and **CLOSE the file**.

**DATED** this 19th day of December, 2011.

                                        s/James P. Hutton

                                        JAMES P. HUTTON
                                   United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
FOR JUDGMENT OF DISMISSAL