AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RANDY GENE ROBINSON,

                Plaintiff,

                    v.

KAREN KELLY and PETER VAN KEULEN,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-3025-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice pursuant to a stipulated motion by the parties. There is no award of attorney fees or costs.

| | |
|---|---|
| December 19, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Pam Howard |
| | *(By) Deputy Clerk* |
| | Pam Howard |